ting and mitigating circumstances, is disproportionate. Our review of sentencing data compiled and monitored by the Administrative Office of Pennsylvania Courts indicates that there is no excess or disproportionality in the sentence imposed.

Judgment of sentence is affirmed.[8]

MONTEMURO, J., is sitting by designation.

648 A.2d 325

Richard KALLA, M.D., Alan Steckel, M.D., Thomas Wein, M.D., Martin Earle, M.D., Samuel Jacobs, M.D., and Ronald Stoller, M.D., derivatively and in the right of Liliane S. Kaufmann Medical Office Building Associates, Appellants at No. 15,

v.

MONTEFIORE UNIVERSITY HOSPITAL, James L. Steinkirchner and Liliane S. Kaufmann Medical Office Building Associates.

Dean E. KROSS, M.D., Lee W. Bass, M.D., Jerome H. Wolfson, M.D. and Miguel J. Quintero, M.D., derivatively and in the right of LSK Associates, Appellants at No. 16,

v.

MONTEFIORE UNIVERSITY HOSPITAL, Irwin Goldberg and LSK Associates.

Supreme Court of Pennsylvania.

Argued Sept. 20, 1994.

Decided Oct. 12, 1994.

8. The prothonotary of the Supreme Court is directed to transmit the complete record in this case to the Governor pursuant to 42 Pa.C.S. § 9711(i).

E.J. Strassburger, Strassburger, McKenna, Gutnick & Potter, Pittsburgh, for appellants.

David L. McClenahan, Wendy E.D. Smith, Kenneth J. Cammarato, Kirkpatrick & Lockhart, George A. Huber, Pittsburgh, for Montefiore University Hosp.

William G. Shaffner, Pittsburgh, for Steinkirchner and Kaufmann Medical.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeals dismissed as having been improvidently granted.

CAPPY, J., dissents and would reach the merits of the case.

MONTEMURO, J., is sitting by designation.

648 A.2d 326

**CITY of PITTSBURGH, Department of Personnel and Civil Service Commission**

v.

**PENNSYLVANIA HUMAN RELATIONS COMMISSION, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1994.

Decided Oct. 12, 1994.